IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON COOKE,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JOSE SOLIS, Warden, California Training Facility-Central,<br><br>　　　　Respondent.　　　　　　　　／ | No. 04-4439 CW<br><br>ORDER REGARDING RECORD OF PETITIONER'S PAROLE HEARING |

　　In his filing of August 26, 2010, Respondent Jose Solis informed the Court that Petitioner Damon Cooke had been denied parole and that a copy of the record of Petitioner's August 19, 2010 suitability hearing would be filed as soon as it is available. The record has not yet been lodged.

　　Within seven days of the date of this Order, Respondent shall file a copy of the record of Petitioner's August 19, 2010 suitability hearing.

　　IT IS SO ORDERED.

Dated: 9/27/2010

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　United States District Judge